AO 108 (EDVA Version, Rev. 10/20) Application by Telephone or Other Reliable Electronic Means a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
USDT TOKENS ASSOCIATED WITH CRYPTOCURRENCY WALLET ADDRESS TPSBjNALXvg7S47VNP4Pp9JkuqDABb2BDT

Case No. 1:26-sw-643

## APPLICATION BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property located outside the Eastern District of Virginia is subject to forfeiture to the United States of America under 18 U.S.C. § 981(a)(1)(A), 981(a)(1)(C), and 982(a)(1) *(describe the property)*:

USDT TOKENS ASSOCIATED WITH CRYPTOCURRENCY WALLET ADDRESS TPSBjNALXvg7S47VNP4Pp9JkuqDABb2BDT

The application is based on these facts:

Please see the attached Affidavit.

■ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Rebecca Fisher

[signature]
*Applicant's signature*

Ronald E. Miller, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. 4.1 by reliable electronic means, specifically telephone *(describe the means)*.

Date: ____________

[signature]
*Judge's signature*

City and state: Alexandria, Virginia

Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*